No. 02M69.   AMERICAN CIVIL LIBERTIES UNION ET AL. *v.* UNITED STATES.   Motion of American Civil Liberties Union et al. for leave to intervene in order to file a petition for writ of certiorari denied.   Motion of Bar Association of San Francisco for leave to file a brief as *amicus curiae* denied.

No. 02M74.   LUJAN *v.* ARIZONA; and

No. 02M75.   MARTINEZ *v.* ARIZONA.   Motions for leave to proceed *in forma pauperis* without affidavits of indigency executed by petitioners denied.

No. 01–10873.   NGUYEN *v.* UNITED STATES ET AL.   C. A. 9th Cir.   [Certiorari granted, 537 U. S. 999.]   Motion for appointment of counsel granted, and it is ordered that Howard Trapp, Esq., of Hagatna, Guam, be appointed to serve as counsel for petitioner in this case.

No. 02–5034.   PHAN *v.* UNITED STATES.   C. A. 9th Cir.   [Certiorari granted, 537 U. S. 999.]   Motion for appointment of counsel granted, and it is ordered that Rawlen Mantanona, Esq., of Hagatna, Guam, be appointed to serve as counsel for petitioner in this case.

No. 02–337.   BREUER *v.* JIM'S CONCRETE OF BREVARD, INC.   C. A. 11th Cir.   [Certiorari granted, 537 U. S. 1099.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–575.   NIKE, INC., ET AL. *v.* KASKY.   Sup. Ct. Cal.   [Certiorari granted, 537 U. S. 1099.]   Motion of petitioners to dispense with printing the joint appendix granted.

No. 02–891.   CENTRAL LABORERS' PENSION FUND *v.* HEINZ ET AL.   C. A. 7th Cir.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.